# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRE'VON JACKSON,<br><br>　　　Plaintiff<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>　　　Defendant | Case No.: 2:25-cv-02119-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

　　　I ORDER that defendant Progressive Casualty Insurance Company's certificate of interested parties (ECF No. 7) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not fully identify Progressive's citizenship as required by that rule because it does not identify where Progressive has its principal place of business.

　　　I FURTHER ORDER Progressive to file a proper certificate of interested parties by December 1, 2025.

　　　DATED this 13th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE