RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdenett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
Facsimile:      (702) 839-1113
*Attorneys for Defendant,*
*Progressive Casualty Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRE'VON JACKSON, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>                              Defendants. | CASE NO: 2:25-cv-02119-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between FRANCESCA J. HOVAGIMIAN, ESQ. of the Powell Law Firm, attorney for Plaintiff TRE'VON JACKSON and JENNIFER INSLEY MICHERI, ESQ. of the law firm of Dennett Winspear, LLP, attorney for Defendant PROGRESSIVE CASUALTY INSURANCE COMPANY, that the within matter be dismissed, with prejudice, each

…

…

…

…

…

…

…

…

1  party to bear their own attorneys; fees and costs.

2

3  DATED this 17th day of November, 2025        DATED this 17th day of November, 2025

4  **THE POWELL LAW FIRM**                              **DENNETT WINSPEAR, LLP**

5

6  By    /s/ Francesca J. Hovagimian            By    /s/ Jennifer Insley Micheri
   PAUL D. POWELL, ESQ.                         RYAN L. DENNETT, ESQ.
7  Nevada Bar No. 7488                          Nevada Bar No. 5617
   FRANCESCA J. HOVAGIMIAN, ESQ.                JENNIFER INSLEY MICHERI, ESQ.
8  Nevada Bar No. 16714                         Nevada Bar No. 10089
   8918 Spanish Ridge Avenue, Suite 100         3301 N. Buffalo Drive, Suite 195
9  Las Vegas, Nevada 89148                      Las Vegas, Nevada  89129
   Telephone:    (702) 728-5500                 Telephone:    (702) 839-1100
10 Facsimile:    (702) 728-5501                 Facsimile:    (702) 839-1113
   *Attorneys for Plaintiff,*                   *Attorneys for Defendant,*
11 *Tre'Von Jackson*                            *Progressive Casualty Insurance Company*

12
                                    **ORDER**
13
   UPON STIPULATION OF COUNSEL and good cause appearing,
14
   IT IS SO ORDERED.
15
   DATED: November 18, 2025
16

17

18                                          _____
19                                          ANDREW P. GORDON
                                            CHIEF U.S. DISTRICT COURT JUDGE
20

2